HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED CRANE,<br><br>            Plaintiff,<br><br>     v.<br><br>MY LADY ALASKA, LLC,<br><br>            Defendant. | AT LAW AND IN ADMIRALTY<br><br>No. 2:23-cv-00258-JHC<br><br>ORDER FOR STIPULATED WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF FRED CRANE |

THIS MATTER having come before the Court upon the filing of a Stipulation for Withdrawal and Substitution of Counsel for Plaintiff Fred Crane under LCR 83.2(b), and the Court having reviewed the pleadings and files;

IT IS HEREBY ORDERED that 1) Lanning M. Trueb of Trueb & Beard, LLC be permitted to withdrawal as counsel for Plaintiff; and 2) that Adam Deitz of Mariner Law, PLLC and Jack Poulson of Sanders Poulson Woolford, LLC, are herein substituted in as plaintiff's attorney in this matter.

//

Prop. Order on Stipulation for Withdrawal & Substitution
*Crane v. My Lady Alaska, LLC*

Page 1 of 3

Trueb & Beard, LLC
330 L Street, Suite 101
Anchorage, AK  99501
Phone: 907-277-0161

TRUEB & BEARD, LLC
330 L STREET
ANCHORAGE, ALASKA 99501
PHONE (907) 277-0161
FAX (907) 277-0164

DATED: July 21, 2023

_____
Hon. John H. Chun
UNITED STATES DISTRICT JUDGE

**PRESENTED BY:**

TRUEB & BEARD, LLC
Attorneys for Plaintiff

By: *s/ Lanning M. Trueb*
    Lanning M. Trueb, WBA 31389
    330 L Street, Suite 101
    Anchorage, AK 99501
    Phone: (907) 277-0161
    Fax: (907) 277-0164
    Email: Lmtrueb@msn.com

GORDON REES SCULLY MANUSKHANI, LLP
Attorneys for Defendant

By: *s/ Mark B. Tuvim, (per email authority)*
    Mark B. Tuvim, WBA 31909
    701 Fifth Avenue, Suite 2100
    Seattle, WA 98104
    Phone: 206-695-5144
    Fax: 206-689-2822
    Email: mtuvim@grsm.com

MARINER LAW, PLLC
Substitution Counsel for Plaintiff

By: *s/ Adam Deitz, (per email authority)*
    Adam Deitz, WBA 55965
    314 Pine Street, Suite 206
    Mount Vernon, WA 98273
    Phone: 360-399-2788
    Email: adam@marinerlaw.com

Prop. Order on Stipulation for Withdrawal & Substitution
*Crane v. My Lady Alaska, LLC*

Page 2 of 3

Trueb & Beard, LLC
330 L Street, Suite 101
Anchorage, AK 99501
Phone: 907-277-0161

1  SANDERS POULSON WOOLFORD, LLC
   Substitution Counsel for Plaintiff
2
   By: *s/ Jack Poulson, (per email authority)*
3      Jack Poulson, WBA 30546
       636 Harris Street
4      Juneau, AK  99801
       Phone: 907-586-6529
5      Email: jack@poulsonwoolford.com

TRUEB & BEARD, LLC
330 L STREET
ANCHORAGE, ALASKA 99501
PHONE (907) 277-0161
FAX (907) 277-0164

Prop. Order on Stipulation for Withdrawal & Substitution     Trueb & Beard, LLC
*Crane v. My Lady Alaska, LLC*                               330 L Street, Suite 101
                                                             Anchorage, AK  99501
                       Page 3 of 3                           Phone: 907-277-0161