Adam E. Deitz, WSBA No. 55965
Mariner Law, PLLC
406 South 1st Street #300
Mount Vernon, WA 98273
Telephone: (360) 399-2788
Fax: (360) 395-3332
Email: adam@marinerlaw.com

Jack Poulson, WSBA No. 30546
Poulson & Woolford
636 Harris Street
Juneau, AK 99801
Telephone: (907) 586-6529
Fax: (907) 586-6329
Email: jack@poulsonwoolford.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FRED CRANE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MY LADY ALASKA, LLC,<br><br>　　　　Defendants. | AT LAW AND IN ADMIRALTY<br><br>Case No.: 2:23-cv-258-KKE<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE
CASE NO.: 2:23-CV-258-KKE
PAGE - 1

**Mariner Law, PLLC**
406 South 1st Street #300
Mount Vernon, Washington  98273
(360) 399-2788  -  Fax (360) 395-3332

## **STIPULATION**

Plaintiff Fred Crane and Defendant My Lady Alaska, LLC, by and through their respective attorneys of record, hereby stipulate and agree that all claims which have been asserted in this action by either party against the other have been settled and shall be dismissed with prejudice and without costs to any party. The parties request that the Court enter the below proposed Order dismissing this action with prejudice.

DATED this 29th day of December, 2023.

MARINER LAW, PLLC

*/s/ Adam E. Deitz*
Adam E. Deitz, WSBA No. 55965
406 South 1st Street #300
Mount Vernon, WA 98273
Telephone: (360) 399-2788
Fax: (360) 395-3332
Email: adam@marinerlaw.com
  *Attorney for Plaintiff*

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Mark B. Tuvim*
Mark B. Tuvim, WSBA No. 31909
701 Fifth Ave., Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Fax: (206) 689-2822
Email: seaasbestos@grsm.com
  *Attorney for Defendant*

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE
CASE NO.: 2:23-CV-258-KKE
PAGE - 2

**Mariner Law, PLLC**
406 South 1st Street #300
Mount Vernon, Washington  98273
(360) 399-2788  -  Fax (360) 395-3332

# ORDER

The parties' stipulated motion (Dkt. No. 14) is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims by Plaintiff Fred Crane against Defendant My Lady Alaska, LLC are dismissed with prejudice and without costs to any party.

This is a final order resolving this cause number.

Dated this 2nd day of January, 2024.

*signature*

Kymberly K. Evanson
United States District Judge

*Presented by:*

MARINER LAW, PLLC

*/s/ Adam E. Deitz*
Adam E. Deitz, WSBA No. 55965
*Attorney for Plaintiff*

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE
CASE NO.: 2:23-CV-258-KKE
PAGE - 3

**Mariner Law, PLLC**
406 South 1st Street #300
Mount Vernon, Washington  98273
(360) 399-2788  -  Fax (360) 395-3332